UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWIN LEWIS,

    Plaintiff,

v.

DANIEL SPITTERS, et al.,

    Defendants.

_____/

Case No. 1:14-cv-917

HON. JANET T. NEFF

## ORDER

This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. Defendant Mark Karnitz filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 3, 2016, recommending that this Court grant the motion and terminate this matter. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 84) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (Dkt 67) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

A Judgment will be entered consistent with this Order.


Dated:  November 28, 2016          /s/ Janet T. Neff
                                   JANET T. NEFF
                                   United States District Judge